## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Joel Sartore

                                     Plaintiff,

v.

                                       Case No.:
                                       1:26−cv−04120

                                       Honorable Elaine
                                       E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

       MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of a preliminary injunction [22] is granted. Enter Preliminary Injunction Order. The Clerk of Court is directed to unseal the following sealed documents: Plaintiff's Exparte Motion [13], Exhibit 2 to the Declaration of Joel Sartore [15], and the TRO [19]. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.