**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOEL SARTORE,

    Plaintiff,                           Case No.: 1:26-cv-04120

v.                                       Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Keri L. Holleb Hotaling
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## STATUS REPORT

Pursuant to Minute Entry Order [18], Plaintiff, JOEL SARTORE ("Plaintiff"), files this status report solely on behalf of Plaintiff regarding the status of service of process and settlement discussions.

On May 20, 2026, Plaintiff properly served all Defendants in this case pursuant to paragraph 7 of the Temporary Restraining Order [19]. A summons returned executed was filed on the same day. [25]. Plaintiff has settled with a few defendants, and these defendants have been dismissed. *See* [29].

Plaintiff filed a motion for entry of default and default judgment on June 11, 2026. [30]. The motion was noticed for tracking purposes for Thursday, June 18, 2026. [32]. Plaintiff submitted a proposed order to the Court's proposed order inbox that same day. If and once the proposed order is entered, the case can be closed.

DATED:  June 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 22, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt